IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 13 |
| JAIME B. PALACIOS ) | |
| ) | CASE NO. 14-28322 |
| Debtor ) | |
| ) | |
| _____ ) | |

### OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAINTAIN PAYMENTS AND FIALURE TO COOPERATE

COMES NOW, the Debtor Jaime Palacios and states the following as and for his Opposition to Chapter 13 Trustee's Motion to Dismiss for Failure to Maintain Payments and Failure to Cooperate.

1. Due to the passing of his mother, Debtor had to travel to south america and missed 10 days of work, incurred expenses in travel and funeral expenses. For that reason, Debtor had not made the required payments on time.

2. Debtor is committed to making payments and has sent via Express Mail a Cashier's Check for the outstanding amount of $3200 and promises this Court that he will make timely payments.

3. Debtor has good faith toward creditors and wants to repay and has resolved the debt with the second largest creditor of his bankruptcy case ("Anderson Financial Services aka Loan Max") as he has surrendered his BMW vehicle and expects to receive money back as he has equity because the vehicle value is greater than the debt.

4. The negotiation with Anderson Financial affected the formulation of a plan.

5. Moreover, two creditors have filed (2) Proof of Claims to which Debtor has objected and believes they are not entitled to receive payment for the following reasons:

   A. As to Proof of Claim# 4 filed by creditor U.S. Bank National Association, Debtor believes this creditor has no standing to file a proof of claim and to be

      to paid under the debtor's plan. Debtor has presented credible, irrefutable evidence in his objection.

   B. As to Proof of Claim#5 filed by creditor Midland Credit Management, Debtor asserts that this particular creditor should not be a part of debtor's plan because the debt was lawfully discharge in his previous bankruptcy. Creditor Midland Credit Management is in contempt for violating the discharge injunction as detailed in Debtor's objection to proof of claim.

   C. Debtor awaits the ruling of this Court to Objection to Proof of Claim 4 and 5.

6. The pending ruling of this Court on the two objections recited above will affect the formulation of the plan.
7. The filing of POC 4 and 5 have hindered the formulation of a plan.
8. In abundance of caution Debtor will file and Amended plan prior to the confirmation hearing to be held on May 5, 2015
9. Debtor will cooperate with the Trustee in all matters toward the successful implementation of a plan.
10. Debtor request a hearing on this Opposition.

WHEREFORE, Debtor prays to this Honorable Court to deny the Chapter 13 Trustee's Motion to Dismiss, and grant any other such relief as the Court may deem just.

                              Respectfully Submitted,

                              Jaime B. Palacios

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of April 2015, a true copy of the foregoing OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAINTAIN PAYMENTS AND FIALURE TO COOPERATE was sent via first class U.S mail, postage prepaid, on to the following parties:

            Ellen W. Cosby
            Chapter 13 Trustee
            300 E Joppa Road, Suite 409
            Towson, MD 21286

            _____
            Jaime B. Palacios