IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 13 |
| **JAIME PALACIOS** ) | |
| ) | CASE NO. 14-28322 |
| Debtor, ) | |
| ) | |
| **JAIME PALACIOS** ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.** ) | |
| ) | |
| Respondent. ) | |

### DEBTOR'S MOTION FOR CONTEMPT AND SANCTION AGAINST MIDLAND CREDIT MANAGEMENT, INC

COMES NOW, the Debtor Jaime Palacios ("Movant") and as for his Motion for Contempt and Sanctions pursuant to the federal Rules of Bankruptcy Procedure states as follows:

### STATEMENT OF FACTS

1. Jaime B. Palacios ("Debtor") is a debtor under Chapter 13 of Title 11 of the United States Code and assigned case No: 14-28322

2. In his present bankruptcy case, Debtor filed his schedules and listed his creditors in the credit matrix <u>but did not include creditor Midland Credit Management, Inc., and/or T-Mobile</u> because the debt was discharged in his previous chapter 7 bankruptcy.

3. On March 18, 2013 Debtor filed for protection under Chapter 7 bankruptcy with the United States District Court for the Eastern District of Virginia and was assigned case number: 13-11200 **Exhibit A**

4. On that same day, the Bankruptcy Noticing Center notified Midland Credit Management and T-Mobile of Debtor's bankruptcy case.

5. On April 9, 2013 Debtor filed with the Court (Eastern District of Virginia) Schedule F which listed Midland Credit Management and T-Mobile as Creditors Holding unsecured Non-Priority Claims. **Exhibit B**

6. On August 20, 2013 Debtor received a chapter 7 standard discharge. **Exhibit C**

7. On August 23, 2013 the Bankruptcy Noticing Center notified Midland Credit Management and T-Mobile of Debtor's Chapter 7 discharge. **Exhibit C**

8. On August 23, 2013 Midland Credit Management, Inc received communication from the Bankruptcy Noticing Center of the discharge of Debtor's debt.

9. On March 30, 2015 Midland Credit Management, Inc filed a Proof of Claim #5- in the instant case with this court.

10. The Proof of Claim filed by Midland Credit Management was <u>lawfully discharged in Debtor's previous bankruptcy</u>.

11. Despite the debtor's discharge Midland Credit Management continues to engage in collection activity demanding debtor to pay a discharged debt.

12. Debtor has been damaged by the continued collection activity of Midland Credit Management and has hindered the formulation of his chapter 13 plan.

13. Midland Credit Management was at all times aware and received notification of the Debtor's discharge in his previous bankruptcy and has willfully violated the bankruptcy injunction and discharge injunction by filing a proof of claim.

. 14. Debtor responsibly has contacted Midland Credit Management to resolve this matter, to no avail.

14. Debtor has suffered emotional distress

WHEREFORE, the debtor moves the Court for relief as follows:

1. That the Court enter of an Order that Midland Credit Management, Inc., has violated the automatic stay, the discharge injunction and hindered the formulation of Debtor's chapter 13 plan.
2. That this Court enter a punitive damages so to deter similar behavior in other cases by Midland Credit Management, Inc.
3. To award damages for emotional distress in the amount of $3000
4. To compensate debtor in the amount of $500 for the time dedicated to litigate this matter.

5. To Grant any other such relief the court deems just and proper.

This 3rd day of May 2015

Respectfully Submitted,

*Jaime B. Palacios*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2015, a true copy of the foregoing DEBTOR'S MOTION FOR CONTEMPT AND SANCTION AGAINST MIDLAND CREDIT MANAGEMENT, INC was served via the court's ECF system to all registered participants, which includes the U.S. Trustee. In addition, a copy was sent via first class U.S mail, postage prepaid, on to the following parties:

>Ellen W. Cosby
>Chapter 13 Trustee
>300 E Joppa Road, Suite 409
>Towson, MD 21286
>
>Midland Credit Management, Inc
>c/o Aimee Soosoo
>Bankruptcy Specialist
>P.O. Box 2011
>Warren, MI 48090

*Jaime B. Palacios*

EXHIBIT A

U.S. Bankruptcy Court
Eastern District of Virginia (Alexandria)
Bankruptcy Petition #: 13-11200-RGM

Date filed: 03/18/2013
Date converted: 04/09/2013
Date reopened: 11/14/2014
Debtor discharged: 08/20/2013
341 meeting: 05/15/2013
Deadline for objecting to discharge: 07/15/2013

Assigned to: Robert G. Mayer
Chapter 7
Previous chapter 13
Voluntary
No asset

Debtor disposition: Standard Discharge

**Debtor**
**Jaime Palacios**
6248 Diamond Drive
Falls Church, VA 22044
FAIRFAX-VA
SSN / ITIN: xxx-xx-6136

represented by **Thomas M. Curtis**
6405 Fleetside Ct.
Alexandria, VA 22310
(703)924-9860
Email: michaelcurtis@earthlink.net

**Trustee**
**Robert Ogden Tyler**
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 North Washington Street, Suite 202
Alexandria, VA 22314
(703) 549-5000

| Filing Date | # | Docket Text |
|---|---|---|
| 03/18/2013 | 1 (6 pgs) | Voluntary Petition under Chapter 13 Filed by Jaime Palacios. (Williams, Denise) |
| 03/18/2013 | 2 | Official Form 21 Received (Williams, Denise) |
| 03/18/2013 | 3 (2 pgs) | Exhibit D - Individual Debtor's Statement of Compliance with Credit Counseling filed by Jaime Palacios. (Williams, Denise) |
| 03/18/2013 | 4 (1 pg) | Application to Pay Filing Fee in Installments filed by Jaime Palacios. (Williams, Denise) |
|  | 5 | Request for Notice to Cure Credit Counseling |

B 6F (Official Form 6F) (12/07)

*EXHIBIT B*

In re  JAIME B. PALACIOS  ,  Case No. 13-11200
         Debtor           (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JUDGMENT<br>CESC ONE COURTHOUSE<br>4800 MONTGOMERY LN<br>9TH FLOOR<br>BETHESDA, MD 22030 | ☐ | h | 09/11/2012<br><br>VALUE $ 28,486.00 | ☐ | ☐ | ☒ | $ 28,486.00 |
| ACCOUNT NO. JUDGMENT<br>FREDDY CORDOVA BLANKENSHIP & KEITH<br>4020 UNIVERSITY BLVD<br>SUITE 300<br>FAIRFAX, VA 22030 | ☐ | H | On March 2010<br><br>VALUE $ 87,462.00 | ☐ | ☒ | ☐ | $ 87,462.00 |
| ACCOUNT NO. 45921<br>Capital One Bank<br>P.O. Box 30281<br>Salt lake, Utah 84130 | ☐ | H | Revolving account opened on about 6/20/008<br><br>VALUE $ 3,840.00 | ☐ | ☐ | ☐ | $ 3,840.00 |
| ACCOUNT NO. 4362<br>MIDLAND CREDIT MANAGEMENT<br>8875 Aero St,. Suite 200<br>Sand Diego, CA 92123 | ☐ | | Collection Account Opened 03/2004<br><br>VALUE $ 2,865.00 | ☐ | ☐ | ☐ | $ 2,865.00 |

_2_ continuation sheets attached

▷ Subtotal  $ 122,653.00

(Use only on last page of the completed Schedule F.)  Total ▷  $ 0.00
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __JAIME B. PALACIOS__ ,      Case No. __13-11200__
         Debtor                                                                (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 426682<br>T-Mobile<br>P.O. Box 6403<br>Carol Streams, IL 60197 | ☐ | H | Revolving account opened 02/2007<br><br>VALUE $2,317.00 | ☐ | ☒ | ☐ | $2,317.00 |
| ACCOUNT NO. 462<br>Friedlander, Earman, P.C<br>1364 beverly Road, Suite 201<br>McLean, Virginia 22101 | ☐ | H | Legal services debt<br><br>VALUE $3,680.00 | ☐ | ☒ | ☐ | $3,680.00 |
| ACCOUNT NO. 8700<br>DNV, INC<br>100 N. Pratt Street<br>Baltimore, MD 21022 | ☐ | H | Revolving account opened 01/2008<br><br>VALUE $2,265.00 | ☐ | ☒ | ☐ | $2,265.00 |
| ACCOUNT NO. 08126<br>SPRINT<br>P.O. BOX 673<br>Minneapolis, MN 55440 | ☐ | H | Revoling account opened 03/2005<br><br>VALUE $1,490.00 | ☐ | ☐ | ☐ | $1,490.00 |
| ACCOUNT NO. 40909<br>MIDLAND CREDIT MGMT<br>8875 Aero St. Suite 200<br>San Deigo, CA 92123 | ☐ | H | Medical bills 08/2009<br><br>VALUE $1,377.00 | ☐ | ☐ | ☐ | $1,377.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $11,129.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

*EXHIBIT C*

Case Number   13-11200-RGM
Chapter   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jaime Palacios
6248 Diamond Drive
Falls Church, VA 22044

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
  Debtor: xxx-xx-6136

Employer Tax-Identification (EIN) No(s).(if any):
  Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Jaime Palacios is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: August 20, 2013

William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Jaime Palacios  
    Debtor

Case No. 13-11200-RGM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 3     Date Rcvd: Aug 21, 2013  
                                Form ID: B18     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2013.
```
db            +Jaime Palacios,    6248 Diamond Drive,    Falls Church, VA 22044-1501
cr            +CESC ONE COURTHOUSE PLAZA, LLC,    c/o Offit Kurman,    Frances C. Wilburn,
                4800 Montgomery Lane, 9th Floor,    Bethesda, MD 20814-3465
cr            +U.S. Bank National Association, as Trustee, succes,    236 Clearfield Ave. Suite 215,
                Virginia Beach, VA 23462-1893
cr            +Wells Fargo Bank, N.A.,    c/o Billy B. Ruhling, II,    Troutman Sanders LLP,
                1660 International Drive,    Suite 600,    McLean, VA 22102-4877
11677883      +AMERICAS SERVICING COMPANY,    P.O. BOX 14420,    DES MOINES, IA 50306-3420
11677881      +CESC ONE COURTHOUSE PLAZA,    C/O OFFIT KURMAN,    4800 MONTGOMERY LANE, 9TH FLOOR,
                BETHESDA, MD 20814-3429
11677870      +CONVERGENT OUTSOURCING,    500 SW 7TH STREET,    RENTON, WA 98057-2983
11677875       DVN, INC,    100 N. PRATT STREET,    BROOKLANDVILLE, MD 21022
11677862      +FIRST POINT COLLECTION,    225 COMMERCE PLACE,    GREENSBORO, NC 27401-2426
11677880      +FREDDY CORDOVA,    C/O BLANKINSHIP & KEITH P.C.,    4020 UNIVERSITY DRIVE, SUTIE 300,
                FAIRFAX, VA 22030-6802
11677876      +FRIEDLANDER, FRIEDLANDER &EARMAN, P.C.,    1364 BEVERLY ROAD, SUITE 201,    MC LEAN, VA 22101-3645
11677865      +GEICO INSURANCE,    ONE GEICO PLAZA,    WASHINGTON, DC 20076-0005
11677869      +NATIONWIDE CREDIT CORP,    5503 CHEROKEE AVENUE,    ALEXANDRIA, VA 22312-2307
11677873      +PROFESSIONAL ACCOUNT MGMT,    2040 W WISCONSIN AVENUE,    MILWAUKEE, WI 53233-2098
11677868      +SKO BRENNER AMERICA,    P.O. BOX 9320,    BALDWIN, NY 11510-9320
11677877      +T-MOBILE,    P.O. BOX 6403,    CAROL STREAMS,    CAROL STREAM, IL 60197-6403
11677882       US BANK NATIONAL ASSOCIATON,    REFERENCE# MSM 2006-12XS,    MAIL CODE: EP-MN WS3D,
                SAINT PAUL, MN 55107
11677866     ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
              (address filed with court: COMMONWEALTH OF VIRGINIA,    DEPARTMENT OF TAXATION,    P.O. BOX 2369,
                RICHMOND, VA 23218)
11677867      +XEROX STTE AND LOCAL SOLUTIONS,    4040 BLACKBURN LANE, SUITE 200,    BURTONSVILLE, MD 20866-6142
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QROTYLER.COM Aug 22 2013 02:03:00     Robert Ogden Tyler,
                Tyler, Bartl, Ramsdell & Counts, P.L.C.,    300 North Washington Street, Suite 202,
                Alexandria, VA 22314-2530
11677863      +EDI: ARSN.COM Aug 22 2013 02:03:00     ARS NATIONAL,    201 WEST GRAND,    ESCONDIDO, CA 92025-2603
11677871      +E-mail/Text: banko@berkscredit.com Aug 22 2013 02:41:46      BERKS CREDIT & COLLECTION,
                P.O. BOX 329,    TEMPLE, PA 19560-0329
11677879      +EDI: CAPITALONE.COM Aug 22 2013 02:03:00     CAPITAL ONE BANK,    P.O. BOX 30281,
                SALT LAKE CITY, UT 84130-0281
11677872      +EDI: CAUT.COM Aug 22 2013 02:04:00     CHASE AUTO FINANCE,    P.O. BOX 901076,
                FORT WORTH, TX 76101-2076
11677870      +EDI: CONVERGENT.COM Aug 22 2013 02:04:00     CONVERGENT OUTSOURCING,    500 SW 7TH STREET,
                RENTON, WA 98057-2983
11677874      +EDI: MID8.COM Aug 22 2013 02:03:00     MIDLAND CREDIT MGMT INC,    8875 AERO SUITE 200,
                SAN DIEGO, CA 92123-2255
11677878      +EDI: MID8.COM Aug 22 2013 02:03:00     MIDLAND CREDIT MGMT INC,    8875 AERO ST. SUITE 200,
                SAND DIEGO,    SAN DIEGO, CA 92123-2255
11677864      +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 22 2013 02:44:07      NCO FINANCIAL SYSTEMS,
                507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2368
11677861      +EDI: PHINRJMA.COM Aug 22 2013 02:03:00     RJM ACQUISITIONS,    575 UNDERHILL BLVD,    SUITE 224,
                SYOSSET, NY 11791-4437
11677884      +EDI: WFFC.COM Aug 22 2013 02:03:00     WELLS FARGO BANK,    1 HOME CAMPUS,    MAC X2302-02J,
                DES MOINES, IA 50328-0001
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          Monica Palacios  
                                                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-9          User: admin              Page 2 of 3                Date Rcvd: Aug 21, 2013
                              Form ID: B18             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2013                    Signature:   *Joseph Speetjens*

```
District/off: 0422-9            User: admin              Page 3 of 3              Date Rcvd: Aug 21, 2013
                                Form ID: B18             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2013 at the address(es) listed below:

        Billy B. Ruhling, II   on behalf of Creditor   Wells Fargo Bank, N.A.
        bill.ruhling@troutmansanders.com,
        sharron.fay@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Billy B. Ruhling, II   on behalf of Defendant   Wells Fargo Bank, NA
        bill.ruhling@troutmansanders.com,
        sharron.fay@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Billy B. Ruhling, II   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan bill.ruhling@troutmansanders.com,
        sharron.fay@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Frances C. Wilburn   on behalf of Creditor   CESC ONE COURTHOUSE PLAZA, LLC
        fwilburn@offitkurman.com
        Michael Anthony Howes   on behalf of Plaintiff Freddy Cordova mhowes@bklawva.com,
        jroot@bklawva.com;wcasterlinejr@bklawva.com;egmurga@bklawva.com
        Richard E. Hagerty   on behalf of Creditor   Wells Fargo Bank, N.A.
        richard.hagerty@troutmansanders.com,
        sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Robert Ogden Tyler   rtyler@tbrclaw.com, rtyler@ecf.epiqsystems.com
        Susan C. Meyer   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan vabecf@logs.com
        Thomas M. Curtis   on behalf of Debtor Jaime Palacios michaelcurtis@earthlink.net
        Thomas M. Curtis   on behalf of Defendant Jaime Palacios michaelcurtis@earthlink.net

                                                                                                                  TOTAL: 10