

ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No.: 14-28322-RAG |
| Jaime Palacios | Chapter 13 |
| Debtor | |

### ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER
### AND VACATING ORDER DISMISSING CASE WITH PREJUDICE AND
### DISMISSING CASE WITHOUT PREJUDICE

On July 17, 2015, this Court entered an Order with Notice Dismissing Chapter 13 Case on Motion of Chapter 13 Trustee with Prejudice and Notice that Automatic Stay is Terminated (Order) [Dkt. No. 107]. Pursuant to the Order, the Debtor's bankruptcy case was dismissed with prejudice to the effect that the Debtor was banned from refiling for a period of 365 days from the entry of the Order. Thereafter, on July 24, 2015, the Debtor filed a motion to reconsider amend or vacate the Order (Motion) [Dkt. No. 110], asserting that his bankruptcy case should not have been dismissed with prejudice. Instead, he argued that dismissal without prejudice was appropriate under the circumstances. A hearing was held on October 7, 2015 and the Debtor was

1

instructed to provide written evidence in support of his grounds for reconsideration. The Debtor has done so by filing documents under seal at Docket No. 118.

Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Order [Dkt. No. 107] is hereby vacated; and it is further

**ORDERED,** that this case is dismissed.

cc:

Debtor
All creditors
Trustee: Ellen Cosby

**[END OF ORDER]**